**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Joan Wadelton,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:11-cv-00049 (RBW) |
| ) | |
| **Hillary R. Clinton, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Adam Augustine Carter of The Employment Law Group, PC, hereby enters his appearance on behalf of Plaintiff Joan Wadelton in the above captioned matter.

The undersigned certifies that they are admitted to practice in this court.

                          Respectfully submitted,

                               /s/  R. Scott Oswald
                          R. Scott Oswald, D.C. Bar No. 458859
                          Adam Augustine Carter, D.C. Bar No. 437318
                          The Employment Law Group, PC
                          888 17th Street, Suite 900
                          Washington, D.C. 20006
                          (202) 261-2806
                          (202) 261-2835 (facsimile)
                          soswald@employmentlawgroup.com
                          acarter@employmentlawgroup.com
                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January 2011, the foregoing Notice of Appearance of Counsel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    /s/  R. Scott Oswald, Esq.
R. Scott Oswald, D.C. Bar No. 458859
Adam Augustine Carter, D.C. Bar No. 437381
The Employment Law Group, PC
888 17th Street, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
acarter@employmentlawgroup.net
*Counsel for Plaintiff*