**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOAN WADELTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action 1:11-cv-00049 (BJR)** |
| **v.** ) | |
| ) | |
| **HILLARY R. CLINTON,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT PROPOSED SCHEDULE

The parties hereby propose the following schedule to govern this case.

1. The Administrative Record has already been filed by Defendants.

2. By February 29, 2012: Defendants will supplement the Administrative Record as necessary.

3. By March 29, 2012: The parties will meet and confer in an effort to agree whether any additional agency documents should be included in the Administrative Record, or whether any extra-record discovery is required.

4. If the parties agree that the Administrative Record is complete, then

   a. Dispositive motions will be filed by May 15, 2012;

   b. Oppositions will be filed by June 15, 2012; and

   c. Replies will be filed by July 7, 2012.

5. If the parties do not agree that the Administrative Record is complete, then

    a.  By April 27, 2012, Plaintiff will file any necessary motions regarding supplementation of the agency record or consideration of extra-record evidence;

    b.  Defendants' Response is due by May 28, 2012; and

    c.  Plaintiff's Reply is due by June 17, 2012.

6.  Dispositive motions due:  45 days after the motions regarding supplementation or extra-record discovery matters are resolved and the record (including any discovery that has been permitted) is complete.

7.  Responses due:  30 days later.

8.  Replies due: 20 days later.

**Settlement:** Settlement appears unlikely at this point.

                                                            Respectfully submitted,

/s/
_____
George M. Chuzi
D.C. Bar No. 336503
Kalijarvi, Chuzi, Newman & Fitch, P.C.
1901 L Street, N.W.  Suite 610
Washington, D.C. 20036
Tel: (202) 331-9264
Fax: (866) 455-1504
e-mail: gchuzi@kcnlaw.com

/s/
_____
Ralph Drury Martin
D.C. Bar No. 353862
Doumar Martin PLLC
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel: (202) 349-1674
Fax: (202) 331-3759
e-mail: rmartin@doumarmartin.com

Counsel for Plaintiff

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS
D.C. BAR # 434122
Chief, Civil Division

By:  /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226
Marina.Braswell@usdoj.gov

Counsel for Defendants