UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN WADELTON,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. 11-cv-00049 (BJR)

    This matter is before the court on the parties' **Joint Proposed Schedule** [Docket No. 65; Filed January 19, 2012]. The Administrative Record was filed on May 26, 2011 [Docket Nos. 20-25].

    IT IS HEREBY **ORDERED** that the following schedule shall apply to this case:

(1) Supplementation of Record, if any, shall occur on or before **February 29, 2012**.

(2) Parties to confer regarding completeness of Record on or before **March 29, 2012**.

(3) If the parties agree that the Record is complete:

- Dispositive Motions Deadline    **May 15, 2012**

- Opposition    **June 15, 2012**

- Reply    **July 6, 2012**

(4) If the parties do not agree that the Record is complete:

- Motion to Supplement[1]    **April 27, 2012**

- Opposition    **May 28, 2012**

---

[1] The parties are directed to the Standing Order [Docket No. 63] regarding any opposed discovery disputes.

- Reply **June 18, 2012**

- Dispositive Motions Deadline **Forty-five (45) days following a decision on the preliminary motion**

- Opposition to Dispositive Motion **Thirty (30) days**

- Reply to Dispositive Motion **Twenty (20) days**

(5) The parties will not be ordered to participate in settlement at this time.

Dated: January 24, 2012

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE