UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN WADELTON, | ) |
|     Plaintiff, | ) |
| | ) Civil Action 1:11-cv-00049 (BJR) |
|     v. | ) |
| HILLARY R. CLINTON, *et al.*, | ) |
|     Defendants. | ) |

**PLAINTIFF'S NOTICE OF FILING OF HER**
**SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to the Court's Scheduling Order of January 24, 2012, R-66, Plaintiff hereby files her Supplement to the Administrative Record.

Respectfully submitted,

/s/                                                        /s/

| | |
|---|---|
| George M. Chuzi | Ralph Drury Martin |
| D.C. Bar No. 336503 | D.C. Bar No. 353862 |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. | Doumar Martin PLLC |
| 1901 L Street, N.W. Suite 610 | 1629 K Street, N.W., Suite 300 |
| Washington, D.C. 20036 | Washington, D.C. 20006 |
| Tel: (202) 331-9264 | Tel: (202) 349-1674 |
| Fax: (866) 455-1504 | Fax: (202) 331-3759 |
| e-mail: gchuzi@kcnlaw.com | e-mail: rmartin@doumarmartin.com |

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by the Court's ECF system on February 29, 2012 on the following counsel of record for the Defendant:

    Marina U. Braswell
    Assistant U.S. Attorney

*George Chuzi*
_____
George M. Chuzi