**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
JOAN WADELTON,                  )
                                )
         Plaintiff,             )
                                )
         v.                     )  Civil Action No. 11-0049(BJR)
                                )
HILLARY R. CLINTON,             )
in her capacity as              )
SECRETARY OF STATE,             )
U.S. Department of State,       )
et al.,                         )
                                )
         Defendants.            )
_____ )
```

### DEFENDANTS' RESPONSE TO COURT'S MAY 14, 2012 SHOW CAUSE ORDER

By Minute Order dated May 14, 2012, this Court issued a show cause order to defendants, requiring defendants to show cause as to why plaintiff's motion to supplement the administrative record, filed on April 27, 2012, should not be granted as conceded because to date defendants have not opposed the motion. Defendants respond to the May 14, 2012 show cause order as follows.

By Order dated January 24, 2012, see Docket No. 66, this Court entered a scheduling order in this case, based on the parties' Joint Proposed Scheduled filed on January 19, 2012 (Docket No. 65). The Court's January 24, 2012 provided that:

(1) Supplementation of Record, if any, shall occur on or before **February 29, 2012.**

(2) Parties to confer regarding completeness of Record on or before **March 29, 2012.**

The Court's January 24, 2012 Order further provided that:

(4) If the parties do not agree that the Record is complete:

- Motion to Supplement **April 27, 2012**

- Opposition **May 28, 2012**

On April 27, 2012, plaintiff filed a motion to supplement the administrative record. Docket No. 67. Under this Court's January 24, 2012 Scheduling Order, defendants' response is due by May 28, 2012. Defendants intend to file their opposition brief on or before May 28, 2012.

Therefore, defendants request that the Court discharge its May 14, 2012 order to show cause.

                        Respectfully Submitted,

                        RONALD C. MACHEN JR.
                        D.C. BAR # 447889
                        United States Attorney
                        for the District of Columbia

                        DANIEL F. VAN HORN,
                        D.C. BAR # 924092
                        Acting Civil Chief

              By:    _/s/ *Marina Utgoff Braswell*_
                        MARINA UTGOFF BRASWELL, D.C. BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226
                        Marina.Braswell@usdoj.gov