```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
JOAN WADELTON,                )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civil No. 11-0049(BJR)
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
_____)
```

**NOTICE OF FILING**

Defendant hereby files the corrected Declaration of Daniel M. Hirsch. The only correction is the addition of Mr. Hirsch's name below his signature, and today's date for Mr. Hirsch's re-signing of his declaration.

        Respectfully submitted,

        RONALD C. MACHEN JR. D.C. BAR # 447889
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Acting Civil Chief

        */s/ Marina Utgoff Braswell*
        MARINA UTGOFF BRASWELL, D.C. BAR #416587
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 514-7226
        Marina.Braswell@usdoj.gov